# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

CHICAGO TILE INSTITUTE WELFARE PLAN, et. al.

Docket Number: 08CV 2555

Assigned Judge: JUDGE NORGLE  MAGISTRATE JUDGE SCHENKIER

Designated Magistrate Judge: _____

v.

WESTLAKE FLOOR COVERING, INC.

TO: (Name and address of defendant)

> Westlake Floor Covering, Inc.
> Attn: Lisa Willour
> 17988 Grant Street
> Lowell, IN 46356

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Michael J. McGuire
> Gregorio & Associates
> 2 North LaSalle Street, Suite 1650
> Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Date

**Michael W. Dobbins, Clerk**

*[signature]*

**(By) DEPUTY CLERK**

May 6, 2008

Date

MAY-28-2008  11:31          MSI PROCESS                                          312 853 0107       P.02/02

ClientCaseID: MICHAEL MCGUIR
CaseID: 165183
Law Firm ID: GREGORIO



CaseReturnDate: 6/5/08

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number **08CV2555**

I, Allen R Wojik, FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

THAT HE SERVED THE WITHIN   SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT   WESTLAKE FLOOR COVERING

( ) PERSONAL SERVICE: IN THAT I PERSONALLY DELIVERED THE PROCESS TO THE DEFENDANT.

( ) ABODE/SUBSTITUTE SERVICE:
I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

(X) CORPORATE SERVICE: IN THAT I SERVED THE DEFENDANT CORPORATION BY LEAVING COPY OF THE PROCESS WITHIN THE PERSON LISTED BELOW

( ) UNABLE TO SERVE/NON SERVICE AFFIDAVIT: I WAS UNABLE TO SERVE THE DEFENDANT

Date Of Service: 5/9/08   Time of Service: 2:39 PM   Date Of Mailing
PERSON SERVED   Lisa Wilour, Agent
Age 40   Sex F   Race W   Height 5'6   Build 135   Hair Brn
LOCATION OF SERVICE   17988 GRANT ST
LOWELL, IN, 46356

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Allen R Wojik  5-9-08

AGENCY NAME: OUTSIDE AGENCY      NAME OF SERVER:      DATE:
ADDRESS: AR Wojik Investigations
CITY: Hobart
ST: IN   ZIP
PHONE: 866-955-9500

TOTAL P.02